```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Zenobia Skipper,                  :

       Plaintiff,              :

   v.                             :      Case No. 2:07-cv-0607

Michael J. Astrue,                :      JUDGE MARBLEY
Commissioner of Social Security,         MAGISTRATE JUDGE KEMP
                                    :

       Defendant.

<u>ORDER</u>

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 27, 2008. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that the case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.


                                                        <u>s/Algenon L. Marbley</u>
                                                Algenon L. Marbley
                                                United States District Judge