\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Zenobia Skipper, :

    Plaintiff, :

  v. : Case No. 2:07-cv-0607

Michael J. Astrue, : JUDGE MARBLEY
Commissioner of Social Security,   MAGISTRATE JUDGE KEMP
                              :

    Defendant.

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 30, 2008 Order, the Report and Recommendation is ADOPTED, this action is hereby REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g), sentence four.

Date: **July 30, 2008**        **James Bonini, Clerk**

                                                s/Betty L. Clark
                                          Betty L. Clark/Deputy Clerk